### UNITED STATES v. BORGFELDT et al.

(Circuit Court of Appeals, Second Circuit. January 25, 1898.)

No. 27.

CUSTOMS DUTIES—APPRAISEMENT.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Henry C. Platt, for appellants.

Albert Comstock, for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We concur in the conclusions expressed by Judge Townsend in his opinion rendered in deciding this cause in the court below (78 Fed. 809), and his decision and that of the board of general appraisers is therefore affirmed.

---

UNITED STATES v. GOLDENBERG. (Circuit Court of Appeals, Second Circuit.) No. 35. Questions of law certified to the supreme court of the United States. See 78 Fed. 927; 18 Sup. Ct. 3.

---

UNITED STATES v. UNION PAC. RY. CO. (Circuit Court of Appeals, Eighth Circuit.) No. 133. Questions of law certified to the supreme court of the United States. See 18 Sup. Ct. 167.

---

VENNER v. FARMERS' LOAN & TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. January 31, 1898.) Nos. 1012, 1022. Appeal from the Circuit Court of the United States for the Southern District of Iowa. W. E. Blake (M. E. Blake, on the brief), for appellant. H. Scott Howell and W. A. Underwood (W. C. Howell, Herbert B. Turner, David McClure, and Louis B. Rolston, on the brief), for appellees. Before SANBORN, Circuit Judge, and PHILIPS, District Judge.

PER CURIAM. The judges who heard this case are divided in opinion upon the questions it presents, and the decree below is accordingly affirmed, without an opinion.